**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-6021**

───────────────

SAMUEL A. MIDDLETON; DAVID LEE SYKES; JOHN A.
COLE,

                                    Petitioners - Appellants,

        versus

WASHINGTON STATE DEPARTMENT OF CORRECTIONS
CORPORATION; JOSEPH LEHMAN, Secretary; ELDON
VAIL; JAMES THATCHER; MARK MCKINNA; ED
RODENBECK; RANDY TATE; CORRECTIONAL SERVICES
CORPORATION; DOMINION MANAGEMENT CORPORATION,

                                    Respondents - Appellees.

───────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry C. Morgan, Jr., District
Judge. (CA-01-867)

───────────────

Submitted: February 21, 2002          Decided: March 7, 2002

───────────────

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Samuel A. Middleton, David Lee Sykes, John A. Cole, Appellants Pro
Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants, who are Washington state inmates, appeal the district court's order dismissing their petition filed under 28 U.S.C. § 2241 (1994) for improper venue. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Middleton v. Washington State Dep't of Corr. Corp., No. CA-01-867 (E.D. Va. Nov. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2